# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Drain, Gershwin A. | 2. Court or Organization<br><br>U.S. District Court, Eastern District of Michigan | 3. Date of Report<br><br>11/17/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 11/17/2011<br>☐ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>11/07/2011 |
| 7. Chambers or Office Address<br><br>Wayne County Circuit Court<br>1411 Coleman A. Young Municipal Center<br>2 Woodward Avenue<br>Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Circuit Judge | Wayne County Circuit Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Wayne County, Michigan | $38,689.56 |
| 2. | 2011 | State of Michigan | $70,185.72 |
| 3. | 2010 | Wayne County, Michigan | $46,048.74 |
| 4. | 2010 | State of Michigan | $82,946.76 |
| 5. | 2009 | Wayne County, Michigan | $46,025.06 |
| 6. | 2009 | State of Michigan | $82,946.76 |
| 7. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 11/17/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  401K #1 | D | Dividend | O | T | Exempt | | | | |
| 2.  - SSga Russell 2000 Index | | | | | | | | | |
| 3.  - ING Stable Value Fund | | | | | | | | | |
| 4.  - PIMCO Total Return Fund | | | | | | | | | |
| 5.  - MFS Total Return Fund | | | | | | | | | |
| 6.  - Dodge & Cox Stock Fund | | | | | | | | | |
| 7.  - T Rowe Price Mid Cap Value Fund | | | | | | | | | |
| 8.  - ING Small Cap Growth Equity | | | | | | | | | |
| 9.  - American Funds Euro Pacific Europacific Growth Fund | | | | | | | | | |
| 10.  - SSgA Emerging Markets Fund | | | | | | | | | |
| 11.  - Lord Abbett Midcap Value Fund (Y) | | | | | | | | | |
| 12.  - Columbia Acorn, Z Fund (Y) | | | | | | | | | |
| 13.  457 Plan #1 | A | Dividend | L | T | | | | | |
| 14.  - American Century Value Investor Fund | | | | | | | | | |
| 15.  - American Funds The Investment Company of America | | | | | | | | | |
| 16.  - Fidelity Contrafund | | | | | | | | | |
| 17.  - Fidelity Equity Income Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Puritan Fund | | | | | | | | | |
| 19. - Franklin Utilities Fund | | | | | | | | | |
| 20. - Invesco Van Kampen Growth & Income Fund | | | | | | | | | |
| 21. - Nationwide International Index Fund | | | | | | | | | |
| 22. - Nationwide International Value Fund | | | | | | | | | |
| 23. - Neuberger Berman Genesis Fund | | | | | | | | | |
| 24. - T Rowe Price Mid-Cap Growth Fund | | | | | | | | | |
| 25. - Morgan Stanley Institutional Fund - U.S. Real Estate Port | | | | | | | | | |
| 26. - Nationwide Fixed Account | | | | | | | | | |
| 27. IRA #1 | | None | M | T | | | | | |
| 28. - Franklin Templeton Mutual Global Discovery Fund | | | | | | | | | |
| 29. - American Funds Growth Fund of America | | | | | | | | | |
| 30. - American Funds New World | | | | | | | | | |
| 31. - American Funds Capital World Growth & Income Fund | | | | | | | | | |
| 32. - American Funds International Growth & Income Fund | | | | | | | | | |
| 33. - Franklin Income Fund | | | | | | | | | |
| 34. IRA #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 11/17/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - American Funds Capital Income Builder | | | | | | | | | |
| 36. - American Funds Capital World Growth and Income Fund | | | | | | | | | |
| 37. - American Funds New World Fund | | | | | | | | | |
| 38. - American Funds The Growth Fund of America | | | | | | | | | |
| 39. IRA#3 | A | Dividend | J | T | | | | | |
| 40. - American Funds Capital Income Builder | | | | | | | | | |
| 41. - American Funds Capital World Growth & Income Fund A | | | | | | | | | |
| 42. - American Funds Europacific Growth Fund A | | | | | | | | | |
| 43. - American Funds New World Fund A | | | | | | | | | |
| 44. - American Funds New World Fund C | | | | | | | | | |
| 45. - American Funds Small Cap World Fund | | | | | | | | | |
| 46. - American Funds The Growth Fund of America | | | | | | | | | |
| 47. - American Funds The Investment Company of America | | | | | | | | | |
| 48. - American Funds The New Economy Fund | | | | | | | | | |
| 49. - American Funds Capital World Growth & Income Fund C | | | | | | | | | |
| 50. IRA #4 | A | Int./Div. | J | T | | | | | |
| 51. - Calamos Global Growth & Income Fund Class C | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. – Franklin Income Fund Class C | | | | | | | | | |
| 53. – Franklin Rising Dividends Fund Class C | | | | | | | | | |
| 54. – Ivy Asset Strategy Fund Class C | | | | | | | | | |
| 55. Brokerage Account #1 | | | | | | | | | |
| 56. – Annaly Capital Management Inc. Stock | A | Dividend | J | T | | | | | |
| 57. – Calamos Global Growth & Income Fund Class A | | None | K | T | | | | | |
| 58. – American Funds Capital World Growth & Income Fund Class A | A | Dividend | K | T | | | | | |
| 59. – American Funds Capital World Growth & Income Fund Class C | A | Dividend | J | T | | | | | |
| 60. – First Eagle Global Fund Class C | A | Dividend | K | T | | | | | |
| 61. – Franklin Income Fund Class C | D | Dividend | L | T | | | | | |
| 62. – Franklin High Yield Tax Free Income Fund Class C | A | Dividend | J | T | | | | | |
| 63. – American Funds Growth Fund of America Class C | A | Dividend | J | T | | | | | |
| 64. – American Funds Investment Company of America Class A | A | Dividend | K | T | | | | | |
| 65. – Franklin Templeton Mutual Global Discovery Fund Class C | A | Dividend | K | T | | | | | |
| 66. – American Funds New World Funds Class C | A | Dividend | J | T | | | | | |
| 67. – Realty Income Corporation Reit | A | Dividend | K | T | | | | | |
| 68. – Targa Resources Partners LP Com Unit | A | Dividend | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:                  J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                      P3 =$25,000,001 - $50,000,000                                           P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment          T =Cash Market
(See Column C2)               U =Book Value            V =Other                       W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - American Funds Europacific Growth Fund Class C (Y) | | None | | | | | | | |
| 70. - Hartford Capital Appreciation Fund Class C (Y) | | None | | | | | | | |
| 71. Trust #1 | C | Int./Div. | L | V | | | | | |
| 72. - Adobe Systems Inc. | | | | | | | | | |
| 73. - Alcoa Incorporated | | | | | | | | | |
| 74. - American Public Education Inc. | | | | | | | | | |
| 75. - Berkshire Hathaway Inc. Class B | | | | | | | | | |
| 76. - Calpine Corporation Com New | | | | | | | | | |
| 77. - Cenovus Energy Inc. | | | | | | | | | |
| 78. - Corning Inc. | | | | | | | | | |
| 79. - E M C Corporation Mass | | | | | | | | | |
| 80. - Emulex Corporation Com New | | | | | | | | | |
| 81. - Exelon Corporation | | | | | | | | | |
| 82. - Harris Corporation Del | | | | | | | | | |
| 83. - Hologic Inc. | | | | | | | | | |
| 84. - Huntsman Corporation | | | | | | | | | |
| 85. - ITT Corporation New Com New | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 11/17/2011 |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Intuitive Surgical Inc. Com New | | | | | | | | | |
| 87. - Itron Inc. | | | | | | | | | |
| 88. - Kodiak Oil & Gas Corporation | | | | | | | | | |
| 89. - Kraft Foods Incorporated Class A | | | | | | | | | |
| 90. - Medco Health Solutions Incorporated | | | | | | | | | |
| 91. - Mindray Medical International Limited Spon Adr | | | | | | | | | |
| 92. - Nestle S A Sponsored ADR | | | | | | | | | |
| 93. - Parker Hannifin Corporation | | | | | | | | | |
| 94. - Pepsico Incorporated | | | | | | | | | |
| 95. - Qualcomm Incorporated | | | | | | | | | |
| 96. - Riverbed Technology Incorporated | | | | | | | | | |
| 97. - Roper Industries Incorporated New | | | | | | | | | |
| 98. - Sierra Wireless Incorporated | | | | | | | | | |
| 99. - Stryker Corporation | | | | | | | | | |
| 100. - Teva Pharmaceutical Industries Limited ADR | | | | | | | | | |
| 101. - Varian Med Systems Incorporated | | | | | | | | | |
| 102. - Verifone Systems Incorporated | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 11/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Xylem Incorporated | | | | | | | | | |
| 104. - Veolia Enfironment Sponsored ADR (Y) | | | | | | | | | |
| 105. - MEMC Electr Matls Incorporated (Y) | | | | | | | | | |
| 106. Hartford Hartford Variable Universal Life Ins. #1 | A | Int./Div. | J | T | | | | | |
| 107. - American Funds International | | | | | | | | | |
| 108. - American Funds Global Growth | | | | | | | | | |
| 109. - American Funds New World | | | | | | | | | |
| 110. - HLS Dividend & Growth | | | | | | | | | |
| 111. - American Funds Growth | | | | | | | | | |
| 112. - American Funds Asset Allocation | | | | | | | | | |
| 113. - HLS Int'l. Opps | | | | | | | | | |
| 114. - HLS Int Small Co | | | | | | | | | |
| 115. - American Funds Small Cap | | | | | | | | | |
| 116. - Franklin Templeton Mutual Shares Sec | | | | | | | | | |
| 117. Hartford Variable Universal Life Ins. #2 | A | Int./Div. | K | T | | | | | |
| 118. - American Funds New World | | | | | | | | | |
| 119. - American Funds International | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 120. - American Funds Global Growth | | | | | | | | | |
| 121. - Fidelity Contrafund | | | | | | | | | |
| 122. - Fidelity Mid Cap | | | | | | | | | |
| 123. PNC Bank Checking & Savings Accts. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Investments and Trusts
Line 71:
Spouse has a 25% interest in a Trust account inherited in 2011 and has knowledge of the contents of the Trust. She is not a Trustee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Gershwin A. Drain_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 8 | 244 | Notes payable to banks-secured (loan) | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 095 | 624 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | 000 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 104 | 064 |
| Real estate owned – personal residence | | 151 | 712 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 10 | 285 | Car lease | | 7 | 324 |
| Cash value-life insurance | | 36 | 453 | Home Equity Loan | | 17 | 630 |
| Other assets itemize: | | | | | | | |
| Trust inheritance (25% interest) | | 74 | 187 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 129 | 018 |
| | | | | Net Worth | 1 | 247 | 487 |
| Total Assets | 1 | 376 | 505 | Total liabilities and net worth | 1 | 505 | 523 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |